1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. CORDELL VICKERS and KRISTIN A. LEWIS, | CASE NO. 3:22-cv-00136-JO-WVG Assigned to Hon. Jinsook Ohta Courtroom 4C, 4th Floor |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, VALTER SANTOS, and DOES 1 through 10, inclusive, | **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| Defendant. | |

Having read and considered the Joint Motion for Dismissal of Entire Action with Prejudice filed by all parties that have appeared in this action—Plaintiffs W. Cordell Vickers and Kristin A. Lewis, and Defendant Travelers Property Casualty Company of America (collectively, "Parties")—by and through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED THAT:

1. The above-captioned action in its entirety is dismissed, <u>with prejudice</u>, and

2. The Parties are to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: ___10/13/22___

By: _____

Hon. Jinsook Ohta
United States District Court

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE